IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 24-CR-1032 |
| vs. | ) ) ) | |
| JOHN JAMES DIXON, | ) ) | |
| Defendant. | ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM

In advance of the sentencing hearing scheduled on June 23, 2025 at 2 p.m., the government submits the following sentencing memorandum.

### A. GOVERNMENT WITNESSES

None.

### B. GOVERNMENT EXHIBITS

None.

### C. SENTENCING ISSUES

There are no contested guidelines issues for the Court to resolve. The government anticipates that defendant will move for a downward variance to 480 months' imprisonment, to which the government reserves the right to respond either in writing or orally at the sentencing hearing.

1

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By: */s/ Devra Hake*

DEVRA T. HAKE
Assistant United States Attorney
111 Seventh Avenue SE, Box 1
Cedar Rapids, Iowa 52401
(319) 363-6333 / (319) 363-1990 (fax)
Devra.Hake@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025 electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/EFK